# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Sharon Zbikowski, | ) |
| Plaintiff, | ) ) ) |
| v. | )   No. 3:25-cv-00485-CLM |
| TrueAccord Corp., a Delaware corporation, | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to settlement and F.R.C.P. Rule 41, having reached a settlement of her claims against Defendant, hereby stipulates to the dismissal of her claims with prejudice.

Dated: August 12, 2025

One of Plaintiff's Attorneys

/s/ David J. Philipps
David J. Philipps   (AL Bar No. 4240-J13P)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com

## CERTIFICATE OF SERVICE

        I hereby certify that on August 12, 2025, a copy of the foregoing **Notice of Voluntary Dismissal with Prejudice** was filed electronically.  Notice of this filing will be sent to the following party by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

| | |
|---|---|
| Ronald C. Sykstus | rsykstus@bondnbotes.com |
| Thomas F. Sykstus | tsykstus@bondnbotes.com |

Bond, Botes, Sykstus
   & Tanner, P.C.
225 Pratt Avenue
Huntsville, Alabama 35801

      Notice of this filing will be sent to the following party via e-mail, on August 12, 2025.

Vanessa White, Paralegal                         vanessa.white@trueaccord.com
TrueAccord Corp.
16011 College Boulevard Suite 130
Lenexa, Kansas 66219

s/ David J. Philipps_____

David J. Philipps   (AL Bar No. 4240-J13P)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com

2